

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

PABLO CORONA,                                  )
          Plaintiff,                         )
                            )
v.                                             )
                            )
PORTFOLIO RECOVERY                             )
ASSOCIATES, LLC, EXPERIAN                      )
INFORMATION SOLITIONS, INC.,                   )    Case No.: 4:19-cv-00415-CLM
EQUIFAX INFORMATION SERVICES,                  )
LLC, TRANS UNION, LLC, and PRA                 )
RECEIVABLES MANAGEMENT,                        )
LLC,                                           )
          Defendants.                        )
                            )

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF TRANS UNION LLC

TO THE HONORABLE JUDGE COREY L. MAZE:

Plaintiff Pablo Corona and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Pablo Corona and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

1

Respectfully submitted,


s/W. Whitney Seals
W. Whitney Seals
filings@cochrunseals.com
Cochrun & Seals LLC
P O Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 Fax
and
John C Hubbard
jch@jchubbardlaw.com
John C. Hubbard LLC
2015 First Avenue North
Birmingham, AL 35203
(205) 378-8121
(205) 690-4525 Fax
***Counsel for Plaintiff***


Respectfully submitted,


s/Matthew W. Robinett
Marc F. Kirkland
mkirkland@qslwm.com
Quilling, Selander, Lownds,
Winslett & Moser P.C.
6900 N. Dallas Parkway, Ste. 800
Plano, TX 75024
(214) 560-5454
(214) 871-2111 Fax
and
Matthew Robinett
mrobinett@nwkt.com
NORMAN WOOD KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South

2000990.1

Birmingham, AL 35205
(205) 328-6643
(205) 251-5479 Fax
***Counsel for Trans Union LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2020, the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

W Whitney Seals
filings@cochrunseals.com
Cochrun & Seals LLC
P O Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 Fax
and
John C Hubbard
jch@jchubbardlaw.com
John C. Hubbard LLC
2015 First Avenue North
Birmingham, AL 35203
(205) 378-8121
(205) 690-4525 Fax
*Counsel for Plaintiff*

Danielle Kara Greco
danielle.greco@troutman.com
Troutman Sanders LLP
305 Church at North Hills Street, Suite 1200
Raleigh, NC 27609
(919) 835-4147
(919) 835-4101 Fax
and
Ethan Geoffrey Ostroff
ethan.ostroff@troutman.com
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
(757) 687-7541
(757) 687-1541 Fax
and
John Houston Shaner
houston.shaner@troutman.com
Troutman Sanders, LLP
600 Peachtree Street NE, Ste. 3000
Atlanta, GA 30308
(404) 885-3909
(404) 885-3900
*Counsel for Portfolio Recovery Associates, LLC*

Kim A Purcell
Jones Day
1420 Peachtree Street NE
Atlanta, GA 30309
and
L Jackson Young, Jr
ljy@ffmylaw.com
Ferguson Frost & Dodson LLP
1400 Urban Center Drive, Suite 200

J Anthony Love
tlove@kslaw.com
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
(404) 215-5913
(404) 572-5100 Fax
and
Kim A Purcell

2000990.1

5

Birmingham, AL 35243-0189
(205) 879-8722
(205) 879-8831 Fax
***Counsel for Experian Information Solutions, Inc.***

Jones Day
1420 Peachtree Street NE
Atlanta, GA 30309
and
Kirkland E Reid
kreid@joneswalker.com
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
(251) 432-1414
(251) 439-7358 Fax
***Counsel for Equifax Information Services, LLC***

s/Matthew W. Robinett

**Matthew W. Robinett**