# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| PABLO CORONA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PORTFOLIO RECOVERY )<br>ASSOCIATES, LLC, EXPERIAN )<br>INFORMATION SOLITIONS, INC., )<br>EQUIFAX INFORMATION SERVICES, )<br>LLC, TRANS UNION, LLC, and PRA )<br>RECEIVABLES MANAGEMENT, )<br>LLC, )<br>)<br>Defendants. )<br>) | Case No.: 4:19-cv-00415-CLM |

## **ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC**

Plaintiff Pablo Corona have announced to the Court that all matters in controversy against Trans Union LLC have been resolved.  A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Pablo Corona against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorney's fees to be paid by the party incurring same.

DATED this _____ day of _____, 2020.

3436390.1

                                                **HONORABLE COREY L. MAZE**
                                                UNITED STATES DISTRICT JUDGE